No. 676. CHARLES W. RICE *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the

Circuit Court of Appeals for the First Circuit denied. *Mr. William Shaw McCallum* for petitioner. No brief for the United States.